UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

SIERRALINDA JACKSON,

    Plaintiff,

Case No:

vs.

UNITED STATES POSTAL SERVICE,

    Defendant.

_____/

**COMPLAINT**

Plaintiff, SIERRALINDA ARNAZ'S JACKSON sues Defendant, UNITED STATES POSTAL SERVICE, (hereinafter "USPS"), stating:

1. This is a cause of action for damages in excess of $15,000.00.

2. On or about April 29, 2011 Plaintiff, SIERRALINDA JACKSON, occupied a vehicle traveling on the intersection of Lakeside Drive and West Atlantic Boulevard in the city of Margate, Broward County, Florida.

3. The Plaintiff has complied with all conditions precedent before filing this action, including the notice requirements of The Federal Tort Claims Act, 28 U.S.C. § 2675.

4. At that time and place, Frank David Deyoung was operating a vehicle owned by Defendant, USPS, with permission and consent. Additionally, Frank David Deyoung was in the course and scope of employment with Defendant, USPS. Accordingly, Defendant, USPS is vicariously liable for the negligence of Frank David Deyoung in the operation of said vehicle.

5. At that time and place, Frank David Deyoung negligently operated said vehicle by failing to maintain a proper distance between his vehicle and other vehicles on the road, failing to stop for traffic ahead, causing it to collide with the rear of Plaintiff's vehicle, and thereby proximately causing the subject accident.

6. As the direct and proximate result of negligence of Frank David Deyoung, the Plaintiff, SIERRALINDA JACKSON, suffered grievous bodily injury, permanent injury, pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical treatment, hospitalization, loss of earnings in the past, loss of future earning capacity, and aggravation of previously existing conditions. These losses, injuries and damages are permanent in nature and losses will continue into the future.

7. In addition, Plaintiff, SIERRALINDA JACKSON'S, vehicle sustained property damage, and Plaintiff sustained damages for loss of use of property and diminution in value of property.

**WHEREFORE**, Plaintiff, SIERRALINDA JACKSON, demands judgment against Defendant, UNITED STATES POSTAL SERVICE for damages, court costs, interest, and such other and further relief as the Court deems just and proper.

Plaintiffs demand trial by jury on all issues so triable.

## CERTIFICATE OF ADMISSION

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    s/Stephen W. Schwed\_\_\_\_\_
Stephen W. Schwed
Florida Bar No.: 436755
sschwed@schwedlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2012, that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

SCHWED, ADAMS, SOBEL & MCGINLEY .A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida  33418
Telephone:  561-694-6079
Facsimile:  561-694-6089
s/Stephen W. Schwed_____
Stephen W. Schwed
Florida Bar No.: 436755
sschwed@schwedlawfirm.com