(1" from top of page, and centered, begin title of Court)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61366 -CV- DIMITROULEAS/ SNOW
(Judge's Last Name/Magistrate's Last Name)

Sierralinda Franklin-Jackson
(Full Name of Plaintiff/s),

Plaintiff(s)

vs.

United States Postal Service

(Full Name of Defendant/s),

Defendant(s).
_____/

Motion to dismiss
**TITLE OF DOCUMENT**

I, Sierralinda Franklin-Jackson [plaintiff or defendant], in the above styled cause, I want this case dismiss due to we reach and settlement.

12.3.2012
Dated: Month, day, year

Respectfully submitted,

Sierralinda Jackson
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

1670 NE 1st Av
Street Address

Pompano Beach FL 33060
City, State, Zip Code

Telephone: 954-687-3241

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party Name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by _____

_____ [specify method of service] on _____[date]

on all counsel or parties of record on the Service List below.

[signature]
Signature of Filer