UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61366-CIV-DIMITROULEAS/SNOW

SIERRALINDA JACKSON,

    Plaintiff,

vs.

UNITED STATES POSTAL SERVICE,

    Defendant.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

    THIS CAUSE is before the Court upon <u>pro se</u> Plaintiff's Motion to Dismiss [DE 21], filed on December 3, 2012.  The Court construes the Motion as a Notice of Voluntary Dismissal. The Court has carefully considered the Notice and is otherwise fully advised in the premises. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Motion to Dismiss [DE 21], which the Court construes as a Notice of Voluntary Dismissal, is **APPROVED**;

    2.    This action is hereby **DISMISSED**;

      3.      The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 3rd day of December, 2012.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Sierralinda Jackson
1670 NE 1st Avenue
Pompano Beach, FL 33060